United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 24-12080-TA
Sarah Anne Beck                                                                         Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                              User: admin                                                Page 1 of 3
Date Rcvd: Dec 19, 2024                    Form ID: 318a                                         Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 42099346 | + | Julie Van Herk, P.O. Box 263, Huntington Beach, CA 92648-0263 |
| 42099347 | | Keaton Thomas Slagle, 2507 England Street, Huntington Beach, CA 92648-2574 |
| 42099342 | + | So Cal Gas Co., P. O. Box C, Monterey Park, CA 91756-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: becksarahanne1990@gmail.com | Dec 20 2024 00:38:00 | Sarah Anne Beck, 2507 England Street, Huntington Beach, CA 92648-2574 |
| tr | | Email/Text: Weneta.Kosmala@txitrustee.com | Dec 20 2024 00:38:00 | Weneta M.A. Kosmala (TR), c/o Law Offices of Weneta M.A. Kosmala, 4425 Jamboree Rd., Suite 183, Newport Beach, CA 92660 |
| smg | | EDI: EDD.COM | Dec 20 2024 05:27:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 20 2024 05:27:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Dec 20 2024 05:27:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Dec 20 2024 05:27:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Dec 20 2024 00:38:00 | SchoolsFirst Federal Credit Union, P.O. Box 11547, Santa Ana, CA 92711-1547 |
| 42099355 | + | EDI: WFNNB.COM | Dec 20 2024 05:27:00 | COMENITY BANK/VCTRSSEC, 3095 LOYALTY CIRCLE, BUILDING A, COLUMBUS, TX 43219-3673 |
| 42099334 | + | EDI: CAPONEAUTO.COM | Dec 20 2024 05:27:00 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 42099345 | + | EDI: CAPONEAUTO.COM | Dec 20 2024 05:27:00 | Capital One Auto Finance, CB Disputes Team, P.O. Box 259407, Plano, TX 75025-9407 |
| 42099339 | + | EDI: WFNNB.COM | Dec 20 2024 05:27:00 | Comenity Bank, 3095 Loyalty Circle, Bldg. A, Columbus, TX 43219-3673 |
| 42099335 | | EDI: JPMORGANCHASE | Dec 20 2024 05:27:00 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850 |
| 42099343 | | Email/Text: bankruptcygroup@sce.com | Dec 20 2024 00:38:00 | SCE, P.O. Box 600, Rosemead, CA 91771 |
| 42099341 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | | |

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: 318a | Total Noticed: 23 |

|  |  |  | Dec 20 2024 00:38:00 | Schools First FCU, P.O. Box 11547, Santa Aa, CA 92711-1547 |
|---|---|---|---|---|
| 42099337 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Dec 20 2024 00:38:00 | Schools First FCU, P.O. Box 11547, Santa Ana, CA 92711-1547 |
| 42099333 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Dec 20 2024 00:38:00 | Schools First FCU, P.O. Box 11547, Santa Ann, CA 92711-1547 |
| 42099338 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Dec 20 2024 00:38:00 | Schools First FCU, P.O. Boxx 11547, Santa Ana, CA 92711-1547 |
| 42099344 | + | Email/Text: dl-csgbankruptcy@charter.com | Dec 20 2024 00:39:00 | Spectrum, 4145 S. Falkenburg Rd, Riverview, FL 33578-8652 |
| 42099340 |   | EDI: AISTMBL.COM | Dec 20 2024 05:27:00 | T-Mobile, P.O. Box 742596, Cincinnati, OH 45274-2596 |
| 42099336 | + | EDI: WFFC2 | Dec 20 2024 05:27:00 | Wells Fargo Card Services, P.O. Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42099354 | *+ | CAPITAL ONE AUTO FINANCE, CB DISPUTES TEAM, P O BOX 259407, PLANO, TX 75025-9407 |
| 42099356 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 42099357 | *+ | SCHOOLS FIRST FCU, P O BOX 11547, SANTA ANA, CA 92711-1547 |
| 42099358 | *+ | WELLS FARGO CARD SERVICES, P O BOX 393, MINNEAPOLIS, MN 55480-0393 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Katrina Hidalgo | on behalf of Creditor SchoolsFirst Federal Credit Union ahidalgo@schoolsfirstfcu.org |
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. amit.sharma@aisinfo.com |
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

District/off: 0973-8 | User: admin | Page 3 of 3
Date Rcvd: Dec 19, 2024 | Form ID: 318a | Total Noticed: 23

Weneta M.A. Kosmala (TR)
    ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sarah Anne Beck**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4856<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 8:24-bk-12080-TA | |

## Order of Discharge – Chapter 7                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sarah Anne Beck

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 12/19/24

**Dated:** 12/19/24                                         **By the court:** Theodor Albert
                                                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

22/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc         **Order of Chapter 7 Discharge**         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**